## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) | |
|     Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION: 1:21-00429-KD-B |
| HUNTINGTON INGALLS INDUSTRIES, INC.,) *et al.*, ) | |
|     Defendants. ) | |

### ORDER

This matter is before the Court on the parties' Stipulation regarding Transfer of Venue. (Doc. 12).[1]

The parties explain that Defendant Huntington Ingalls Industries, Inc. raised an objection to venue and jurisdiction in the Southern District of Alabama. Now, however, the parties have agreed that the Southern District of Mississippi is a more convenient venue for the parties and witnesses in this case. Thus, the parties have voluntarily agreed -- and stipulate -- to this action being transferred to the U.S. District Court for the Southern District of Mississippi for further proceedings pursuant to 28 U.S.C. § 1404. Specifically, Section 1404(a) provides as follows:

> **(a)** For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

---

[1] The parties reference stipulations for scheduling and service as well. Those are better addressed by the Southern District of Mississippi upon venue transfer, rather than this Court.

1

Pursuant to Section 1404(a), for the convenience of the parties and witnesses, in the interests of justice, as well as given the parties' unanimous consent, the Court hereby **TRANSFERS** venue of this case to the U.S. District Court for the Southern District of Mississippi for further proceedings. The Clerk is **DIRECTED** to close this case in this Court upon transfer.

**DONE** and **ORDERED** this the **10th** day of **January 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**