IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**                                                                  **PLAINTIFF**

**V.**                                              Civil Action No. 1:22-cv-00002-HSO-RHWR

**HUNTINGTON INGALLS INDUSTRIES, INC.,**
**d/b/a HUNTINGTON INGALLS INCORPORATED,**
**and NSC TECHNOLOGIES, LLC**                                                   **DEFENDANTS**

## DEFENDANT NSC TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant NSC Technologies, LLC ("NSC"), by and through its counsel, pursuant to Fed. R. Civ. Proc. 7.1(a) and Rule 7(C) of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi, hereby notifies the Court that its parent corporation is NSC Holdings, LLC and no publicly held corporation owns ten percent or more of NSC's stock.

Respectfully submitted, this the 21st day of January, 2022.

                Respectfully submitted,
                NSC TECHNOLOGIES, LLC,
                Defendant

                By Its Attorneys,
                BUTLER SNOW LLP

                */s/ Robin Banck Taylor*
                ROBIN BANCK TAYLOR (MS Bar No. 100195)

OF COUNSEL:

Robin Banck Taylor (MS Bar No. 100195)
Robin.Taylor@butlersnow.com
BUTLER SNOW LLP
M<small>AILING</small>:  Post Office Box 6010
Ridgeland, Mississippi 39158-6010
P<small>HYSICAL</small>:  1020 Highland Colony Parkway
S<small>UITE</small>1400 (39157)

1

Telephone: (601) 985-4496
Facsimile:  (601) 985-4500

## CERTIFICATE OF SERVICE

I, Robin Banck Taylor, hereby certify that on this date I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

This the 21st day of January, 2022.

> /s/ Robin Banck Taylor
> ROBIN BANCK TAYLOR