UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                              PLAINTIFF

VS.                                        CIVIL ACTION NO. 1:22-CV-2-HSO-RHWR

HUNTINGTON INGALLS INDUSTRIES, INC.,                           DEFENDANTS
d/b/a HUNTINGTON INGALLS
INCORPORATED, and NSC TECHNOLOGIES,
LLC

## HUNTINGTON INGALLS INDUSTRIES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Huntington Ingalls Industries, Inc. is a publicly-traded corporation and no

publicly-held company owns ten percent or more of its stock.

Dated:  January 24, 2022.

Respectfully submitted,

HUNTINGTON INGALLS INDUSTRIES, INC.

By its attorneys,

WATKINS & EAGER, PLLC

By: s/Adam Gates
        Adam Gates

Brooks Eason (MSB No. 5286)
Adam H. Gates (MSB No. 102305)
WATKINS & EAGER, PLLC
Mailing:  Post Office Box 650
Jackson, Mississippi  39205-0650
Physical:  The Emporium Building
400 East Capital Street
Jackson, Mississippi  39201
*Telephone:*  (601) 965-1900
beason@watkinseager.com
agates@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was served through the Court's ECF filing system to all counsel of record.

Dated: January 24, 2022.

s/Adam Gates
Adam Gates