**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **1:22-cv-00002-HSO-RHWR** |
| | ) | |
| **HUNTINGTON INGALLS INDUSTRIES, INC.;** | ) | |
| **HUNTINGTON INGALLS INCORPORATED;** | ) | |
| **AND NSC TECHNOLOGIES, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S**
**RESPONSE IN OPPOSITION TO HUNTINGTON INGALLS**
**INDUSTRIES, INC.'S MOTION TO DISMISS**

---

Plaintiff Equal Employment Opportunity Commission (the "Commission") hereby responds in opposition to Defendant Huntington Ingalls Industries, Inc.'s ("Industries") motion to dismiss[1] the Commission's initial complaint.[2] Industries' motion appears to rely upon Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, though neither Industries' motion nor its accompanying memorandum of law[3] identify the Rules under which it moves. The Commission asks this Court to deny Industries' motion because:

---

[1] ECF No. 15.
[2] ECF No. 1.
[3] ECF No. 16.

I.    The Commission filed a First Amended Complaint[4] that amended its pleading as a matter of course in accordance with Rule 15(a)(1)(B). Industries' motion seeking dismissal of the initial complaint is now moot.

II.   The Commission has stated viable claims against Industries. The Commission has alleged that Industries violated Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. §2000e *et seq.* ("Title VII"), by subjecting female employees to harassment because of their sex and retaliating against those female employees when they opposed the sexual harassment. Industries meets Title VII's definition of an "employer" — including as an integrated enterprise with its wholly owned subsidiary — and is subject to liability for its alleged violations of Title VII.

III.  Industries is subject to the personal jurisdiction of this Court. As a threshold matter, Industries waived any objection to personal jurisdiction when it sought and consented to the transfer of this action to this Court. Moreover, Industries is subject to general personal jurisdiction in Mississippi because it is at home within the state. First, Industries was registered with the Mississippi Secretary of State to do business in Mississippi for most of the period relevant to this action. Second, Industries continues to regularly conduct business in Mississippi. Alternatively, Industries is subject to specific personal jurisdiction because this lawsuit arises from actions undertaken in Mississippi by Industries, both directly and indirectly through its alter ego.

For these reasons, as set forth more fully in the Commission's supporting Memorandum Brief, the Commission respectfully requests that Industries' motion be denied in its entirety.

---

[4] ECF No. 22.

Respectfully submitted,

EQUAL EMPLOYMENT                    Christopher Lage
OPPORTUNITY COMMISSION              Deputy General Counsel
Office of the General Counsel
131 M Street NE, Fifth Floor
Washington, DC  20507

EQUAL EMPLOYMENT                    Marsha L. Rucker
OPPORTUNITY COMMISSION              PA Bar No. 90041
Birmingham District Office         Regional Attorney
Ridge Park Place, Suite 2000       marsha.rucker@eeoc.gov
1130 22nd Street South             (205) 651-7045
Birmingham, Alabama  35205
                                   Gerald L. Miller
                                   AL Bar No. asb-1454-E52G
                                   Supervisory Trial Attorney
                                   gerald.miller@eeoc.gov
                                   (205) 651-7026

                                   Gina E. Pearson
                                   AL Bar No. asb-3971-h61g
                                   Trial Attorney
                                   gina.pearson@eeoc.gov
                                   (205) 651-7049

EQUAL EMPLOYMENT                    /s/ Trent Thompson
OPPORTUNITY COMMISSION              Wm. Trent Thompson
Mobile Local Office                NY Bar No. 5232525
63 South Royal Street, Suite 504   Trial Attorney
Mobile, AL  36602                  william.thompson@eeoc.gov
                                   (205) 651-7065

3

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was filed electronically on February 3, 2022. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Trent Thompson*
Wm. Trent Thompson