# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | § § § § | PLAINTIFF |
| v. | § § § | Civil No. 1:22cv2-HSO-RHWR |
| HUNTINGTON INGALLS, INDUSTRIES, INC.; HUNTINGTON INGALLS INCORPORATED; and NSC TECHNOLOGIES, LLC | § § § § | DEFENDANTS |

## FINAL JUDGMENT

Consistent with the Consent Decree entered in this case on July 18, 2022, and the parties' Stipulation of Dismissal with prejudice as to Huntington Ingalls Industries, Inc., filed on July 19, 2022,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction to enforce the Consent Decree for 30 months after its entry date of July 18, 2022.

**SO ORDERED AND ADJUDGED**, this the 19th day of July, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE